93–1700.   State ex rel. Heer v. Franklin Cty. Mun. Court.   In Mandamus.   Reported at 67 Ohio St.3d 1486, 621 N.E.2d 408.   On motion for rehearing.   Rehearing denied.

Douglas, J., dissents.